FILED
3/13/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**COLTER JOSEPH EPLER,**<br><br>Defendant. | CR 20-04-H-SEH-JTJ<br><br><br>**ORDER** |

Pending before the Court is the motion of the United States for telephonic testimony of one of its witnesses. For good cause shown,

IT IS ORDERED that Ms. Lott may testify by telephone at the detention hearing set March 13, 2020. The United States shall make arrangements with the Court Clerk's staff and Ms. Lott.

DATED this __13th__ day of March, 2020.

　　　　　　　　　　　　　　　　/s/John T. Johnston
　　　　　　　　　　　　　　　　————————————————
　　　　　　　　　　　　　　　　JOHN T. JOHNSTON
　　　　　　　　　　　　　　　　United States Magistrate Judge

1