IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLTER JOSEPH EPLER,<br><br>Defendant. | CR 20-04-H-SEH<br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |
|---|---|

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Colter Joseph Epler appeared before the Court on June 16, 2020, and entered a plea of guilty to the Indictment. Epler's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 924(d).

IT IS ORDERED:

THAT Epler's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d).

- Bushmaster Firearms International, model XM15-E2S, .223-5.56mm., rifle bearing serial number BFI507660;

1

- Glock, model 30, .45 caliber pistol, serial number PBL126;
- Glock, model 26, 9mm (9x19) caliber pistol, serial number VTA767;
- Remington Arms Company, model 870 Tactical Magnum, 12 gauge, shotgun, serial number AB222842M;
- Sturm, Ruger & Co., Inc, model Mark II, .22 caliber pistol, serial number 224-79157; and
- Three (3) rounds, 12 gauge, Estate Cartridge ammunition; twenty (20) rounds of 9mm ammunition, three (3) rounds of .45 caliber ammunition, and forty (40) rounds of shotgun ammunition.

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

2

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 25th day of June, 2020.

*Sam E Haddon*
SAM E. HADDON
United States District Judge