# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| UNITED STATES OF AMERICA, | CR 20-04-H-SEH |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| COLTER JOSEPH EPLER, | |
| Defendant. | |

On September 30, 2020, Defendant filed Defendant Epler's Unopposed Motion to Modify Self-Surrender Order.[1] Stated reasons for the request are the Defendant's concerns with issues related to housing and transfer of the Defendant to the BOP facility, yet to be designated, for service of sentence.

///

///

///

---

[1] Doc. 45.

-1-

Even if the Court has the authority to grant Defendant's motion, which is questionable,[2] modification of the Judgment[3] of September 3, 2020, is unwarranted.

ORDERED:

Defendant Epler's Unopposed Motion to Modify Self-Surrender Order[4] is DENIED.

DATED this 1st day of October, 2020.

SAM E. HADDON
United States District Judge

---

[2] *See* 18 U.S.C. 3582(c).

[3] Doc. 38.

[4] Doc. 45.