# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **COLTER JOSEPH EPLER,** Defendant. | **CR 20-04-H-SEH** **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. A Preliminary Order of Forfeiture was entered on June 25, 2020;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1); and

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. § 924(d).

1

ORDERED:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Bushmaster Firearms International, model XM15-E2S, .223-5.56mm., rifle bearing serial number BFI507660;

- Glock, model 30, .45 caliber pistol, serial number PBL126;

- Glock, model 26, 9mm (9x19) caliber pistol, serial number VTA767;

- Remington Arms Company, model 870 Tactical Magnum, 12 gauge shotgun, serial number AB222842M;

- Sturm, Ruger & Co., Inc, model Mark II, .22 caliber pistol, serial number 224-79157; and

- Three (3) rounds, 12 gauge, Estate Cartridge ammunition; twenty (20) rounds of 9mm ammunition, three (3) rounds of .45 caliber ammunition, and forty (40) rounds of shotgun ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 21st day of October, 2020.

SAM E. HADDON
United States District Judge