# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> COLTER JOSEPH EPLER, <br><br> Defendant. | CR 20-04-H-BMM <br><br><br> ORDER |

The Court has reviewed the government's Unopposed Motion for Leave to Appear Remotely for the hearing currently scheduled for July 18, 2025 in this case. For good cause appearing, **IT IS HEREBY ORDERED** that government's counsel is permitted to appear remotely during the July 18, 2025 hearing. The government will contact the Clerk of Court's Office for the ZOOM link.

DATED this 10th day of July, 2025.

_____
John Johnston
United States Magistrate Judge

1